# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132632 & (15)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

EMERY GILBERT PAVUK,
     Defendant-Appellant.

SC: 132632
COA: 273151
Monroe CC: 05-034665-FH

_____/

     By order of April 25, 2007, the Monroe Circuit Court was directed to file written clarification of the defendant's sentence. On order of the Court, the clarification having been filed, and an amended judgment of sentence having been issued, the application for leave to appeal is again considered, and it is DENIED, because the defendant has received the relief requested in the application.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

d0723